# IN THE SUPREME COURT OF THE STATE OF NEVADA

MATTHEW TRAVIS HOUSTON,
Appellant,

vs.

THE STATE OF NEVADA,
Respondent.

No. 84885

FILED

JUL 07 2022

ELIZABETH A. BROWN
CLERK OF SUPREME COURT
BY_____
DEPUTY CLERK

## ORDER DISMISSING APPEAL

This appeal was initiated by the filing of a pro se notice of appeal. Eighth Judicial District Court, Clark County; Crystal Eller, Judge.

Appellant filed a notice of appeal on June 14, 2022. The notice of appeal appears to challenge district court orders entered on April 4, 2022, and April 25, 2022. However, it does not appear that any order was entered on those dates in district court case number C-17-323614-1, the case number designated in this appeal. Additionally, it does not appear from the district court docket and minute entries that the district court has entered any appealable order. Accordingly, this court

ORDERS this appeal DISMISSED.

_____, J.
Hardesty

_____, J.
Stiglich

_____, J.
Herndon

cc:   Hon. Crystal Eller, District Judge
      Matthew Travis Houston
      Attorney General/Carson City
      Clark County District Attorney
      Eighth District Court Clerk

SUPREME COURT
OF
NEVADA

(O) 1947A